UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MICHAEL CREEL, | No. 2:24-cv-01533-KJM-SCR |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge under Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 5, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 40. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2025, are adopted in full; and

/////

1

2. Defendant SCSD's motion to dismiss (ECF No. 28) is DENIED. The motion is unnecessary to the extent Defendant SCSD has already been dismissed from this action, and Plaintiff's noncompliance does not merit the severe sanction of dismissal of the entire action. Plaintiff is cautioned that future noncompliance with orders of the Court may result in appropriate sanctions, up to and including dismissal of the action.

DATED: December 29, 2025.

_____
UNITED STATES DISTRICT JUDGE